UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21333-CIV-ALTONAGA/Torres

**ISRAEL CRUZ**, *et al.*,

    Plaintiffs,

vs.

**CRIME PREVENTION OF FLORIDA, LLC**; *et al.*,

    Defendants.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' Renewed Joint Motion to Approve Settlement Agreement [ECF No. 26], filed on August 19, 2022. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 26]** is **GRANTED**.

2. The Settlement Agreement and Release **[ECF No. 26-1]** between Plaintiffs, Israel Cruz and Raul Vino, and Defendants, Crime Prevention of Florida, LLC and Angel Gonzalez, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

CASE NO. 22-21333-CIV-ALTONAGA/Torres

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and Full and Final Release of Claims.

**DONE AND ORDERED** in Miami, Florida this 23rd day of August, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record